## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JONATHAN R. WELDON**                                          **CIVIL ACTION**

**VERSUS**                                                      **NO. 12-2836-MLCF-SS**

**LOOMIS INTERNATIONAL, INC.**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the motion of the plaintiff, Jonathan R. Weldon, to enforce settlement/for attorney fees and costs (Rec. doc. 53) is DENIED.

New Orleans, Louisiana, this  16th  day of June, 2014.

**MARTIN L.C. FELDMAN**
**U.S. District Judge**